# U.S. District Court
# Southern District of Indiana (Indianapolis)
# CIVIL DOCKET FOR CASE #: 1:21−cv−00022−JRS−MJD

WHITE v. SHERATON HOTEL NORTH, BELTSVILLE, MD
Assigned to: Judge James R. Sweeney II
Referred to: Magistrate Judge Mark J. Dinsmore
Demand: $200,000
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 01/04/2021
Date Terminated: 04/25/2022
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

Discovery Deadline:
Dispositive Motion Deadline:

Settlement Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

**BRENDA L. WHITE**     represented by    **BRENDA L. WHITE**
4141 N Ridgeview Drive
Indianapolis, IN 46226
317−875−1957
PRO SE

V.

**Defendant**

**SHERATON HOTEL NORTH, BELTSVILLE, MD**    represented by    **SHERATON HOTEL NORTH, BELTSVILLE, MD**
.
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2021 | Ï 1 | COMPLAINT against SHERATON HOTEL NORTH, BELTSVILLE, MD, filed by BRENDA L. WHITE. (No fee paid with this filing) (Attachments: # 1 Envelope)(DJH) (Entered: 01/06/2021) |
| 01/04/2021 | Ï 2 | MOTION for Leave to Proceed in forma pauperis filed by Plaintiff, BRENDA L. WHITE. (Attachments: # 1 Envelope)(DJH) (Entered: 01/06/2021) |
| 01/06/2021 | Ï 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (DJH) (Entered: 01/06/2021) |
| 01/12/2021 | Ï 4 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Accordingly, the Clerk is designated under Rule 4(c)(3) to issue process to Defendant Sheraton Hotel North, Beltsville, MD in the manner specified by Rule 4(d). Process shall consist of the Complaint (ECF No. 1), applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry. ***SEE ORDER FOR ADDITIONAL INFORMATION*** (Copies sent via U.S. mail) Signed by Judge James R. Sweeney II on 1/12/2021. (JDC) (Entered: 01/12/2021) |
| 01/12/2021 | Ï 5 | NOTICE of Lawsuit & Waiver Issued by Clerk to 1) Sheraton Hotel North, Beltsville, MD (RAGS) (JDC) (Entered: 01/12/2021) |

| | | |
|---|---|---|
| 01/12/2021 | 6 | ***PLEASE DISREGARD DOCKET IN ERRORR***Transfer Letter to Clerk of the Western District of Kentucky. Case transferred electronically to Western District of Kentucky, on 1/12/2021. (JDC) Modified on 1/12/2021 (JDC). (Entered: 01/12/2021) |
| 01/21/2021 | Ï 7 | CONSENT to Jurisdiction to US Magistrate Judge by BRENDA L. WHITE. (Attachments: # 1 Envelope)(JDC) (Entered: 01/22/2021) |
| 01/24/2022 | Ï 8 | CONSENT to Jurisdiction to US Magistrate Judge by BRENDA L. WHITE. (Attachments: # 1 Envelope)(AKH) (Entered: 01/25/2022) |
| 04/25/2022 | Ï 9 | CLOSED TRANSFER/ORDER TRANSFERRING ACTION TO THE DISTRICT OF MARYLAND – Plaintiff Brenda L. White filed a complaint alleging that an employee of the Defendant Sheraton Hotel North, Beltsville, Maryland, engaged in conduct that "caused [her] to fall off [a] treadmill during [her] stay" at the hotel. (Compl. 5, ECF No. 1.) The defendant hotel is located in Beltsville, Maryland, which is in Prince George's County in the District of Maryland, Southern Division. The plaintiff chose this forum, but because the events underlying this action took place in Maryland, witnesses are likely to be there. The District of Maryland would appear to be more convenient for the defendant, and that district court will have greater familiarity with the applicable substantive law. Moreover, this Court does not appear to have personal jurisdiction over the defendant. Accordingly, this action is transferred to the United States District Court for the District of Maryland, Southern Division. The Clerk shall take all steps to effectuate that transfer. (Copy to Plaintiff via U.S. mail) Signed by Judge James R. Sweeney II on 4/25/2022.(JDC) (Entered: 04/25/2022) |
| 04/25/2022 | Ï 10 | Transfer Letter to Clerk of the The District of Maryland. Case transferred electronically to The District of Maryland, on 4/25/2022. (JDC) (Entered: 04/25/2022) |

**Case #: 1:21–cv–00022–JRS–MJD**